JS-6

1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 **DEJUAN DANGERFIELD,** | CASE NO.:  CV 16-6808-GW(GJSx) |
| 13 | |
| 14             **PLAINTIFF,** | **PLAINTIFF DEJUAN DANGERFIELD'S NOTICE OF ACCEPTANCE OF DEFENDANT FOCUS RECEIVABLES MANAGEMENT, LLC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| 15 **v.** | |
| 16 **FOCUS RECEIVABLES MANAGEMENT, LLC,** | |
| 17 | |
| 18             **DEFENDANT.** | |
| 19 | |
| 20 | |
| 21 | |
| 22 | **JUDGE: HON. GEORGE H. WU** |
| 23 | |

On March 9, 2017, Defendant FOCUS RECEIVABLES MANAGEMENT, LLC ("Defendant") made an Offer of Judgment to Plaintiff DEJUAN DANGERFIELD ("Plaintiff"). Thereafter, Plaintiff accepted said Offer on March 13, 2017.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff Dejuan Dangerfield against Focus Receivables Management, LLC, pursuant to Fed. R. Civ. P. Rule 68; and
2. Said Judgment shall be for the sum of $4,001.00 (four thousand one dollar and zero cents) for the action pending in Case No.: 2:16-CV-6808-GW(GJS).
3. Parties may agree to reasonable attorney's fees and costs. If the Parties cannot agree, reasonable attorney's fees and costs are to be determined by the Court by application by Plaintiff.
4. **COURT RETAINS JURISDICTION TO ENFORCE THE TERMS OF SETTLEMENT.**

DATED: March 22, 2017

_____
GEORGE H. WU,
U.S. DISTRICT JUDGE